IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                          3:11cr77/LAC

MICHAEL E. KNIGHT,
        Defendant.
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, MICHAEL E. KNIGHT, to the three count indictment against him is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 28th day of November, 2011.


                                                      s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **UNITED STATES DISTRICT JUDGE**